**FILED AUG - 1 2011** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**ENTERED AUG 0 1 2011** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**NOT FOR PUBLICATION**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:

SHMUEL ERDE,

            Debtor.

Case No. 2:09-bk-25942-PC

Chapter 7

**MEMORANDUM DECISION**

Date: August 30, 2011
Time: 9:30 a.m.
Place: United States Bankruptcy Court
      Courtroom # 1539
      255 East Temple Street
      Los Angeles, CA 90012

The court, having considered the motion and supplemental motion (collectively, "motion") of Debtor, Shmuel Erde ("Erde") for reconsideration of this court's Order Approving Trustee's Motion to Approve Compromise With Eastern Savings Bank and Pebble Creek Realty, Inc. entered on July 29, 2011 ("Compromise Order") and Order Granting Trustee's Motion for Order Requiring Debtor to Turnover and Vacate the Property entered on July 27, 2011 ("Turnover Order"), and based upon the findings of fact and conclusions of law stated in the Memorandum Decision of even date herewith, it is

ORDERED that Erde' motion is denied; and it is further

ORDERED that the hearing on the motion set at 9:30 a.m. on August 30, 2011, is vacated.

DATED: August 1, 2011

PETER H. CARROLL
United States Bankruptcy Judge

| In re: | CHAPTER: |
|--------|----------|
| Debtor(s). | CASE NUMBER: |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **MEMORANDUM DECISION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 08-01-2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- James A Dumas    jdumas@dumas-law.com
- Carolyn A Dye (TR)    trustee@cadye.com, cdye@ecf.epiqsystems.com;atty@cadye.com
- Nichole Glowin    nglowin@wrightlegal.net, bkgroup@wrightlegal.net
- Christian T Kim    ckim@dumas-law.com
- Donna L La Porte    dlaporte@wrightlegal.net, bkgroup@wrightlegal.net
- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Kim R Lepore    bankruptcy@hopplawfirm.com
- Michael W Tan    michael.w.tan@irscounsel.treas.gov
- John B Taylor    taylaw@gte.net
- Linh K Tran    bline.chapter13@blinellc.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Shmuel Erde**
301 S Roxbury Dr
Beverly Hills, CA 90212

Robin P Wright
Wright Finlay & Zak LLP
4665 MacArthur Ct Ste 280
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9021-1.1**